IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MANETIRONY CLERVRAIN, ) <br> Reg. No. 96396-004, ) <br> ) <br> Plaintiff, ) <br> ) CIVIL ACTION NO. <br> v. ) 2:20-CV-1024-WHA-CSC <br> ) (WO) <br> STEVEN T. MARSHALL, ) <br> ) <br> Defendant. ) | |

**ORDER**

On March 17, 2021, the Magistrate Judge entered a Recommendation that Plaintiff Manetirony Clervrain's civil action be dismissed without prejudice pursuant to the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g) for failure to pay the required filing and administrative fees upon initiation of the case. (Doc. # 3.) Clervrain has filed no timely objections to the Recommendation. Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 3) is ADOPTED; and

2. This case is DISMISSED WITHOUT PREJUDICE for Clervrain's failure to pay the required filing and administrative fees upon initiation of the case.

Final judgment will be entered separately.

DONE this 13th day of April, 2021.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE